**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MICHAEL RUFFIN,**
    **Petitioner,**

vs.                                    **Case No. 3:09cv372/MCR/MD**

**WALTER A. MCNEIL,**
    **Respondent.**

---

**O R D E R**

This cause is before the court upon petitioner filing an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 3). Petitioner is currently incarcerated at Okaloosa Correctional Institution in Crestview, Florida. He challenges his 1999 conviction for one count of armed robbery and two counts of kidnapping (*id.*, p. 1). The court which entered the judgment of conviction under attack is the Circuit Court of Leon County, Florida.

As provided in Local Rule 3.1, the proper venue for this action is in the Tallahassee Division of this district. N.D. Fla. Loc. R. 3.1(A). Pursuant to Local Rule 3.1(C), this case will be transferred to the appropriate forum.

Accordingly, it is ORDERED:

The clerk shall transfer this case to the Tallahassee Division of this District Court.

DONE AND ORDERED this 8th day of September, 2009.

                                        /s/ *Miles Davis*
                                        **MILES DAVIS
                                        UNITED STATES MAGISTRATE JUDGE**